No. 04–617. UNITED STATES v. STEWART. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gonzales* v. *Raich, ante*, p. 1.

No. 04–1210. HEMBREE v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 981; and
No. 04–1362. HALE ET UX. v. UNITED STATES. C. A. 6th Cir. Reported below: 113 Fed. Appx. 108. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005).

No. 04–10018. DOCK v. UNITED STATES. C. A. 5th Cir. Reported below: 118 Fed. Appx. 879;
No. 04–10036. LUBOWA v. UNITED STATES. C. A. 6th Cir. Reported below: 118 Fed. Appx. 888;
No. 04–10141. TORRES v. UNITED STATES. C. A. 8th Cir. Reported below: 114 Fed. Appx. 270; and
No. 04–10173. ALEXIS v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 980. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005).

No. 04–9559. BROWN v. O'KEFFE ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.